DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOHN HERRING,**
Appellant,

v.

**PALM BEACH COUNTY BOARD OF COUNTY COMMISSIONERS,**
Appellee.

No. 4D2025-0497

[May 7, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Reid Parker Scott, II, Judge; L.T. Case No. 502018CA015993XXXXMB.

Isidro Manuel Garcia of Garcia Law Firm, P.A., West Palm Beach, for appellant.

Sean Fahey of the Palm Beach County Attorney's Office, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, CONNER and SHEPHERD, JJ., concur.

*        *        *

***Not final until disposition of timely-filed motion for rehearing.***